UNITED STATES of America, Appellee,

v.

**Russell Leo RALPH, Appellant.**

No. 03–2267.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 3, 2003.

Decided Jan. 5, 2004.

---

Thomas Joseph Mehan, U.S. Attorney's Office, St. Louis, MO, for Plaintiff–Appellee.

Russell Leo Ralph, pro se, Pekin, IL, for Defendant–Appellant.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

---

PER CURIAM.

Russell Ralph appeals the district court's[1] orders denying his Federal Rule of Civil Procedure 60(b)(4) motions. Ralph argued that his 1994 criminal judgment was void and that the district court could not issue its ruling by writing on the face of his pleadings. Having reviewed the record, we find no abuse of discretion by the district court. *See Sanders v. Clemco Indus.*, 862 F.2d 161, 169 (8th Cir.1988)

---

2. Appellants are not challenging the dismissal of Charles Zacharias, a federal marshal.

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

(standard of review). The judgment is affirmed. *See* 8th Cir. R. 47B.